UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUDENIA NICOLE THOMAS,

    Plaintiff,

v.                                             Case No:  2:13-cv-75-FtM-38CM

THE CITY OF FORT MYERS
POLICE DEPARTMENT,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Joint Case Management and Scheduling Order Conference held before the undersigned on April 6, 2015.  The Plaintiff was represented by Attorneys David Potter and Grant Alley.  The Defendant was represented by Attorneys David B. Mishael and Steven N. Kassner.  At the hearing, both Parties agreed that each side has been working diligently on discovery in this case but argued that new deadlines would be needed to complete the remaining nineteen (19) depositions as well as final document discovery.  After hearing the positions of each Party, the Court finds that good cause exists to modify the Case Management and Scheduling Order. While the Court finds good cause at this time to enlarge the deadlines, the case will be

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

almost three (3) years old when it goes to trial in January 2016. Thus, further extensions of time will not be granted absent exceptional circumstances.

Accordingly, it is now

**ORDERED:**

The Case Management and Scheduling Order is Modified as follows:

| | |
|---|---|
| Disclosure of Experts          Plaintiff:<br>Defendant: | **June 30, 2015**<br>**July 31, 2015** |
| Discovery Deadline | **August 31, 2015** |
| Mediation          Deadline:<br>Mediator:<br>Address:<br>Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **September 15, 2015**<br>**Hal Wotitsky** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **September 30, 2015** |
| Meeting In Person to Prepare Joint Final Pretrial Statement | **November 9, 2015** |
| Joint Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **November 23, 2015** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **November 23, 2015** |
| Final Pretrial Conference          Date:<br>Time:<br>Judge: | **December 18, 2015**<br>**9:30am.**<br>**Honorable Sheri Polster Chappell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **January 4, 2016** |
| Estimated Length of Trial | **10 Days** |

2

| Jury/Non-Jury | **Jury** |
|---|---|

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record