# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

AUDENIA NICOLE THOMAS,

      Plaintiff,

v.                                                    Case No:  2:13-cv-75-FtM-38CM

THE CITY OF FORT MYERS
POLICE DEPARTMENT,

      Defendant.

_____

## ORDER

Before the Court is the parties' Joint Motion to Enlarge Remaining Case Management Deadlines by Eight (8) Weeks and Incorporated Memorandum of Law in Support (Doc. 46), filed on August 31, 2015.   The parties seek to amend the Amended Case Management and Scheduling Order (Doc. 45) by 8 weeks.   Doc. 46 at 1.   As grounds for the motion, the parties state that although they have completed a substantial amount of discovery and thought they could complete discovery within the time frame provided, there is still additional discovery to be completed.   *Id.* at 2. The Court finds good cause to grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

The parties' Joint Motion to Enlarge Remaining Case Management Deadlines by Eight (8) Weeks and Incorporated Memorandum of Law in Support (Doc. 46) is **GRANTED**. An Amended Case Management and Scheduling Order will be entered

by separate Order.   All other directives set forth in the Case Management and Scheduling Order (Doc. 29) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record